

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00624-CV

———————————————

IN RE: ORDER FOR FORECLOSURE CONCERNING 5840 SHOW MASTER LANE, FORT WORTH, TX 76179

---

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-338317-22

---

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

# MEMORANDUM OPINION

Appellant Alma Rosa Cruz Morales filed a notice of appeal on behalf of herself and Appellants Show Master Lane Land Trust and Pacific Standard Holdings, challenging the trial court's October 17, 2025 "Order Granting Pe[ti]tioner Remington Point Homeowners Association, Inc.'s Motion to Strike Respondent Show Master Lane Land Trust's Original Answer[]." We have jurisdiction to consider appeals only from final judgments and from certain interlocutory orders made immediately appealable by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

Because the trial court's order does not state that it was intended to be final and appealable, *see In re Elizondo*, 544 S.W.3d 824, 826 (Tex. 2018) (orig. proceeding), we notified Appellants that the order did not appear to be a final judgment or an appealable interlocutory order. We informed Appellants that unless we received a response by December 1, 2025, showing grounds for continuing the appeal, it could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3.

We also informed Appellant Morales that further action was necessary for Appellants Show Master Lane Land Trust and Pacific Standard Holdings to continue their appeal, explaining:

> A trust . . . cannot appear in court through a trustee or other representative of the trust who is not an attorney. *See Lorie Bernice Sharpe Tr. v. Phung*, 622 S.W.3d 929, 929–30 (Tex. App.—Austin 2021, no pet.). Nor can a corporate entity appear in court through its members who are not attorneys. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA,*

2

937 S.W.2d 455, 456 (Tex. 1996) ("Generally a corporation may be represented only by a licensed attorney . . . ."). Our records do not reflect that Alma Rosa Cruz Morales is an attorney. Accordingly, unless a licensed attorney files a notice of appearance for [A]ppellants Show Master Lane Land Trust and Pacific Standard Holdings with this court on or before Monday, December 1, 2025, Show Master Lane Land Trust and Pacific Standard's appeal may be dismissed. *See* Tex. R. App. P. 42.3(b), (c).

The deadline has passed with no response, and no licensed attorney has appeared for Appellants Show Master Lane Land Trust or Pacific Standard Holdings. Meanwhile, we have contacted the trial-court clerk and confirmed that there is no final judgment.

Because no attorney has appeared for Appellants Show Master Lane Land Trust or Pacific Standard Holdings as we directed in our November 21, 2025 letter, we dismiss their appeal. Tex. R. App. P. 42.3(b), (c), 43.2(f), 44.3; *see Pro-Health Podiatry P.A. v. Tarrant Cnty.*, No. 02-24-00220-CV, 2024 WL 3896932, at *1 (Tex. App.—Fort Worth Aug. 22, 2024, no pet.) (mem. op.). Additionally, because we have not received a signed copy of the final order or judgment that Appellant Morales seeks to appeal, we dismiss her appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered: January 8, 2026

3